# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL KHOSHAN; INDIVIDUALLY AND ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSS MORGAN & COMPANY, INC.; NORTHRIDGE COUNTY COMMUNITY ASSOCIATION; THE CENTURION GROUP, LLC; ROY SANCHEZ; MITCHELL FEINGERSCH; ROBERT GELLERT; BRENDA KARCZAG; TOM PUTNAM; ANGELICA JANELLE WARD; MALE AND FEMALE SECURITY GUARDS; JOHN DOE; JANE DOE; AND DOES 1 TO 10, INCLUSIVE,<br><br>Defendants. | Case No. CV12 1462 DSF (JCx)<br><br>**Judgment** |

**WHEREAS**, the Court, on April 30, 2012, the Honorable Dale S. Fischer, District Judge Presiding, issued an in chambers order GRANTING Defendants Ross Morgan & Company, Inc., Northridge Country Community Association, Roy Sanchez, Mitchell Feingersch, Robert Gellert, Brenda Karczag, and Tom Putnam's

{00197509;1}                                      1

Motion to Dismiss the Complaint of Plaintiff Mikhail Khoshan ("Plaintiff") without leave to amend,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The action is dismissed on the merits as against Defendants Ross Morgan & Company, Inc., Northridge Country Community Association, Roy Sanchez, Mitchell Feingersch, Robert Gellert Brenda Karczag, and Tom Putnam (collectively "Defendants");
2. Judgment is entered in favor of Defendants and against Plaintiff;
3. Plaintiff shall take nothing pursuant to his action against Defendants; and
4. Defendants are awarded as against Plaintiff their costs of suit.

Date: May 10, 2012

_____
Hon. Dale S. Fischer
Judge, United States District Court
for the Central District of California

{00197509;1}                                             2