JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL KHOSHAN, et al., | Case No.: CV 12-1462 DSF (JCx) |
| Plaintiffs, | |
| vs. | JUDGMENT |
| ROSS MORGAN & COMPANY, INC., et al., | |
| Defendants. | |

    On May 10, this Court issued a judgment dismissing this action on the merits as to Defendants Ross Morgan & Company, Inc., Northridge Country Community Association, Roy Sanchez, Mitchell Feingersch, Robert Gellert, Brenda Karczag, and Tom Putnam.  At a hearing on September 24, 2012, the parties stipulated to the dismissal on the merits on the same grounds as to the remaining named defendants, Centurion Group LLC and Angelica Janelle Ward.  Plaintiff also agreed to a dismissal of "Male and Female Security Guards," John Doe, Jane Doe, and Does 1 - 10.

1
2
3
4   IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff take
nothing, that the action be dismissed, and that Defendants recover their costs of
suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated:  9/25/12   _____
                                      Dale S. Fischer
                              United States District Judge